UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HERBERT MARMOLEJO, | Case No. 2:19-cv-00123-APG-GWF |
| Plaintiff, | |
| v. | **ORDER** |
| WALMART STORES, INC., *et al*., | |
| Defendants. | |

This matter is before the Court on that parties' Stipulated Protective Order (ECF No. 7), filed on March 8, 2019. The proposed protective order is unclear whether the party, who asserts that particular information should be treated as confidential under the protective order, has the burden of proof to establish that the information or document is entitled to such protection. The parties are directed to submit a revised protective order with that clarification. Accordingly,

**IT IS HEREBY ORDERED** that the Stipulated Protective Order (ECF No. 7) is **denied**, without prejudice.

Dated this 11th day of March, 2019.

GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

1