ROBERT K. PHILLIPS
Nevada Bar No. 11441
BETSY C. JEFFERIS
Nevada Bar No. 12980
**PHILLIPS, SPALLAS & ANGSTADT, LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
bjefferis@psalaw.net

*Attorneys for Defendant*
*Walmart, Inc.*

UNITED DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HERBERT MARMOLEJO,<br><br>　　　　Plaintiff,<br>v.<br><br>WALMART STORES, INC.; DOES 1 through 100; ROE CORPORATIONS 1 through 100; inclusive,<br><br>　　　　Defendants. | Case No.:　2:19-cv-00123-APG-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

. . .
. . .
. . .
. . .
. . .
. . .

party's own costs and attorney's fees.

DATED this 22nd day of April, 2019.

BERNSTEIN AND POISSON

_____
Ronaldo Bumbasi, Esq.
Nevada Bar No. 14176
700 S. Jones Blvd.
Las Vegas, NV 89107
*Attorneys for Plaintiff*
*Herbert Marmolejo*

DATED this 23rd day of April, 2019.

PHILLIPS, SPALLAS & ANGSTADT

_____
Betsy C. Jefferis, Esq.
Nevada Bar No. 12980
504 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Defendant*
*Walmart, Inc.*

**ORDER**

Pursuant to the stipulation of the parties, through their respective counsel,

IT IS HEREBY ORDERED that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own attorney's fees and costs.

Dated: April 24, 2019.

_____
UNITED STATES DISTRICT JUDGE